186 So. 920

**Ethel HODGE, Alias LAWLER, v. STATE.**

**8 Div. 778.**

Court of Appeals of Alabama.
Feb. 7, 1939.

638

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.